UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LATISHA JOSEY,<br>on behalf of herself and all others<br>similarly situated,<br><br>                Plaintiff,<br><br>  v.<br><br>T-MOBILE USA, INC., d/b/a METRO<br>BY T-MOBILE,<br><br>                Defendant. | Case No. 4:23-cv-10697 |

**STIPULATED ORDER EXTENDING DEADLINE
TO RESPOND TO COMPLAINT**

The parties, by and through their respective counsel, hereby stipulate and agree to the entry of the following order:

1. On March 24, 2023, Plaintiff Latisha Josey ("Plaintiff") filed a putative class action complaint. (ECF No. 1.)

2. On March 28, 2023, Plaintiff served the complaint and summons on Defendant T-Mobile USA, Inc. d/b/a Metro by T-Mobile ("T-Mobile"). (ECF No. 3.)

3. The deadline for T-Mobile's response to the Complaint is April 18, 2023. (ECF No. 3.)

1

      4.      T-Mobile believes good cause exists to extend T-Mobile's deadline to respond to the Complaint due to the fact that counsel was recently retained to represent T-Mobile in this matter and therefore requires additional time to conduct its ongoing fact investigation into the allegations in the Complaint and to continue analyzing its defenses to Plaintiff's claims.

      5.      The parties have met and conferred and Plaintiff does not oppose an extension of T-Mobile's deadline to respond to the Complaint.

**IT IS HEREBY ORDERED** that T-Mobile's deadline to respond to the Complaint is continued from April 18, 2023, until May 18, 2023.

**IT IS SO ORDERED.**


Dated: April 18, 2023                              s/Shalina D. Kumar
                                                          Honorable Shalina D. Kumar
                                                          United States District Judge

**SO STIPULATED.**

| | |
|---|---|
| Dated:  April 14, 2023 | */s/ Sarah A. Zielinski*<br>Sarah A. Zielinski<br>Amy S. Gilbert<br>McGUIREWOODS LLP<br>77 West Wacker Drive, Suite 4100<br>Chicago, IL 60601-1818<br>Tel: (312) 849-8100<br>Fax: (312) 849-3690<br>szielinski@mcguirewoods.com<br>agilbert@mcguirewoods.com<br><br>*/s/ Robert D. Boley*<br>Robert D. Boley (P82350)<br>ARENTFOX SCHIFF LLP<br>350 S. Main Street, Ste. 210<br>Ann Arbor, MI 48104<br>734-222-1557 (Phone)<br>robert.boley@afslaw.com<br><br>*Counsel for Defendant*<br>*T-Mobile USA, Inc. d/b/a Metro by T-Mobile* |
| Dated:  April 14, 2023 | */s/ Max S. Morgan*<br>Max S. Morgan, Esquire<br>Eric H. Weitz, Esquire*<br>THE WEITZ FIRM, LLC<br>1515 Market Street, #1100<br>Philadelphia, PA 19102<br>Tel: (267) 587-6240<br>Fax: (215) 689-0875<br>max.morgan@theweitzfirm.com<br>eric.weitz@theweitzfirm.com<br><br>*Attorneys for Plaintiff* |