UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LATISHA JOSEY,<br>on behalf of itself and all others<br>similarly situated,<br><br>     Plaintiff,<br><br> v.<br><br>T-MOBILE USA, INC., d/b/a METRO<br>BY T-MOBILE,<br><br>     Defendant. | Case No. 4:23-cv-10697 |

**STIPULATED ORDER EXTENDING DEADLINE
TO RESPOND TO CLASS ACTION COMPLAINT**

The parties, by and through their respective counsel, hereby stipulate and agree to the entry of the following order:

1. On March 24, 2023, Plaintiff Latisha Josey ("Plaintiff") filed a putative class action complaint. (ECF No. 1.)

2. The deadline for T-Mobile's response to the Complaint was April 18, 2023. (ECF No. 3.)

3. On April 18, 2023, a Stipulated Order Extending Deadline to Respond to Complaint was entered, continuing the response date to May 18, 2023. (ECF No. 8.)

1

4. Good cause exists to extend T-Mobile's deadline to respond to the Complaint. The parties are informally exchanging information and exploring whether it may be possible to settle the matter without further litigation.

5. The parties have met and conferred and Plaintiff does not oppose an extension of T-Mobile's deadline to respond to the Complaint.

**IT IS HEREBY ORDERED** that T-Mobile's deadline to respond to the Complaint is continued from May 18, 2023, until June 19, 2023.

**IT IS SO ORDERED.**


Dated: May 9, 2023                                         s/Shalina D. Kumar
                                                          Honorable Shalina D. Kumar
                                                          United States District Judge

**SO STIPULATED.**

| | |
|---|---|
| Dated: May 8, 2023 | */s/ Sarah A. Zielinski*<br>Sarah A. Zielinski<br>Amy S. Gilbert<br>McGUIREWOODS LLP<br>77 West Wacker Drive, Suite 4100<br>Chicago, IL 60601-1818<br>Tel: (312) 849-8100<br>Fax: (312) 849-3690<br>szielinski@mcguirewoods.com<br>agilbert@mcguirewoods.com<br><br>*/s/ Robert D. Boley*<br>Robert D. Boley (P82350)<br>ARENTFOX SCHIFF LLP<br>350 S. Main Street, Ste. 210<br>Ann Arbor, MI 48104<br>734-222-1557 (Phone)<br>robert.boley@afslaw.com<br><br>*Counsel for Defendant*<br>*T-Mobile USA, Inc. d/b/a Metro by T-Mobile* |
| Dated: May 8, 2023 | */s/ Max S. Morgan*<br>Max S. Morgan, Esquire<br>Eric H. Weitz, Esquire*<br>THE WEITZ FIRM, LLC<br>1515 Market Street, #1100<br>Philadelphia, PA 19102<br>Tel: (267) 587-6240<br>Fax: (215) 689-0875<br>max.morgan@theweitzfirm.com<br>eric.weitz@theweitzfirm.com<br><br>*Attorneys for Plaintiff* |

3