UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LATISHA JOSEY,<br>on behalf of itself and all others<br>similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC., d/b/a METRO<br>BY T-MOBILE,<br><br>      Defendant. | Case No. 4:23-cv-10697 |

**NOTICE OF SETTLEMENT**

  Plaintiff Latisha Josey and Defendant T-Mobile USA, Inc., d/b/a Metro by T-Mobile, through their attorneys, hereby inform the Court that they have reached a settlement in the above-captioned matter. The parties expect to file a stipulation of dismissal within the next forty-five (45) days. The Parties request that the Court stay all pending deadlines.

Date: June 16, 2023      Respectfully submitted,

| | |
|---|---|
| /s/ Max S. Morgan (with permission)<br>Max S. Morgan, Esquire<br>Eric H. Weitz, Esquire*<br>THE WEITZ FIRM, LLC<br>1515 Market Street, #1100<br>Philadelphia, PA 19102<br>Tel: (267) 587-6240 | /s/ Sarah A. Zielinski<br>Sarah A. Zielinski<br>Amy S. Gilbert<br>McGUIREWOODS LLP<br>77 West Wacker Drive, Suite 4100<br>Chicago, IL 60601-1818<br>Tel: (312) 849-8100 |

1

| | |
|---|---|
| Fax: (215) 689-0875<br>max.morgan@theweitzfirm.com<br>eric.weitz@theweitzfirm.com<br><br>*Attorneys for Plaintiff* | Fax: (312) 849-3690<br>szielinski@mcguirewoods.com<br>agilbert@mcguirewoods.com<br><br>/s/ *Robert D. Boley*<br>Robert D. Boley (P82350)<br>ARENTFOX SCHIFF LLP<br>350 S. Main Street, Ste. 210<br>Ann Arbor, MI 48104<br>734-222-1557 (Phone)<br>robert.boley@afslaw.com<br><br>*Counsel for Defendant*<br>*T-Mobile USA, Inc. d/b/a Metro by T-Mobile* |

## CERTIFICATE OF SERVICE

I, Sarah A. Zielinski, hereby certify that on the 16th day of June, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will automatically send notification of such filing to all counsel of record.

/s/ *Sarah A. Zielinski*

175499177_1